## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| REILLY, JAMES R | § | Case No. 11-83631 |
| REILLY, DEBRA D | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:  Clerk of The U S Bankruptcy Court
211 S. Court Street, Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on   5/14/12   in   Room 115

United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
REILLY, JAMES R § Case No. 11-83631
REILLY, DEBRA D §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,000.06 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,000.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,550.01 | $ 0.00 | $ 1,550.01 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,605.00 | $ 0.00 | $ 1,605.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 65.64 | $ 0.00 | $ 65.64 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,220.65 |
| Remaining Balance | | $ | 4,779.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,957.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 1,235.42 | $ 0.00 | $ 66.38 |
| 000002 | Chase Bank USA, N.A. | $ 10,158.07 | $ 0.00 | $ 545.76 |
| 000003 | Chase Bank USA, N.A. | $ 25,688.46 | $ 0.00 | $ 1,380.16 |
| 000004 | Capital One,N.A | $ 254.30 | $ 0.00 | $ 13.66 |
| 000005 | CANDICA, LLC | $ 10,643.74 | $ 0.00 | $ 571.86 |
| 000006 | American Express Centurion Bank | $ 32,980.46 | $ 0.00 | $ 1,771.94 |
| 000007 | GE Capital Retail Bank | $ 4,092.87 | $ 0.00 | $ 219.90 |
| 000008 | GE Capital Retail Bank | $ 3,904.13 | $ 0.00 | $ 209.75 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,779.41 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-83631-MB
James R. Reilly                                                         Chapter 7
Debra D. Reilly
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3                  Date Rcvd: Apr 16, 2012
                              Form ID: pdf006             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2012.
```
db/jdb     +James R. Reilly,    Debra D. Reilly,    1240 High Plaine Drive,    Crystal Lake, IL 60014-1611
17680642   +American Express,    American Express Special Reserach,    POB 981540,    El Paso, TX 79998-1540
17680641    American Express,    Box 0001,    Los Angelas, CA  90096-8000
18496252    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17680643   +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
17680644   +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
17680645   +Barclays Bank Delaware,    ATTENTION: CUSTOMER SUPPORT DEPARTMENT,    Po Box 8833,
             Wilmington, DE 19899-8833
18373532   +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17680648   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
17680646   +Chase,    ATTN: Home Equity Loan Servicing,    P.O. Box 24714,    Columbus, OH 43224-0714
18344555    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17680649   +Citi Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
17680650   +Citi Card,    ATTN: CENTRALIZED BANKRUPTCY,    PO Box 6500,    Sioux Falls, SD 57117-6500
17680651   +Citi Citibank,    Po Box 22066,    Tempe, AZ 85285-2066
17680652   +Citi Ctb,    CITIFINANCIAL/ATTN: BANKRUPTCY DEPT,    Po Box 140489,    Irving, TX 75014-0489
17680653   +Citicorp Credit Services,    ATTN: Centralized Bankruptcy,    POB 20507,
             Kansas City, MO 64195-0507
17680657   +First USA Chase Card Services,    ATTN: Bankruptcy Dept,    POB 15298,    Wilmington, DE 19850-5298
17680655   +First Usa Bank,    900 N Market Street,    Wilmington, DE 19801-3012
17680656   +First Usa Bank,    ATTN: BANKRUPTCY,    Po Box 15298,    Wilmington, DE 19850-5298
17680662    HCI Direct, Inc.,    Silkies,    P.O. Box 70120,    Philedelphia, PA  19176-0120
17680663   +Home Depot Credit Services,    CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
17680664   +Keybank NA,    4910 Tiedeman Road,    Brooklyn, OH 44144-2338
17680640   +Marvin G Ripley,    Attorney At Law,    300 First Avenue Suite 200,    Rock Falls, IL 61071-5108
17680639   +Reilly Debra D,    1240 High Plaine Drive,    Crystal Lake, IL 60014-1611
17680638   +Reilly James R,    1240 High Plaine Drive,    Crystal Lake, IL 60014-1611
17680668   +Target National Bank,    C/O FINANCIAL & RETAIL SERVICES,    MAILSTOP BV   P.O.BOX 9475,
             MINNEAPOLIS, MN 55440-9475
17680667   +Target National Bank,    Po Box 673,    Minneapolis, MN 55440-0673
17680669   +Veritas Instrument Ren,    10720 Park Blvd Ste F,    Seminole, FL 33772-5461
17680670   #+Zwicker And Associates,    7366 N Lincoln Ave  Ste 404,    Lincolnwood, IL 60712-1741
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18448070    +E-mail/Text: bncmail@w-legal.com Apr 17 2012 03:01:41     CANDICA, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
17680647     E-mail/Text: BK.Notifications@jpmchase.com Apr 17 2012 01:16:34      Chase,    P.O. Box 901076,
              Fort Worth, TX  76101-2076
17680654     E-mail/Text: legalcollections@comed.com Apr 17 2012 01:17:59      Commonwealth Edison,
              System Credit/Bankruptcy Department,     2100 Swift Drive,    Oak Brook, IL  60523-1559
17801739    +E-mail/Text: legalcollections@comed.com Apr 17 2012 01:17:59      Commonwealth Edison Company,
              3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,     Attn: Bankruptcy Dept.
18507303     E-mail/PDF: rmscedi@recoverycorp.com Apr 17 2012 04:02:38      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17680658    +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 03:37:03      GE Money Bank,    POB 981400,
              El Paso, TX 79998-1400
17680659    +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 04:03:34      GE Money Bank,    Po Box 981439,
              El Paso, TX 79998-1439
17680660    +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 03:37:03      GE Money Bank,
              ATTENTION: BANKRUPTCY,    PO BOX 103104,     ROSWELL, GA 30076-9104
17680661    +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2012 04:03:43      GEMB/Sams Club DC,    Gemb Finance,
              POB 103104,    Roswell, GA 30076-9104
17680664    +E-mail/Text: inbound_collections@keybank.com Apr 17 2012 03:17:23      Keybank NA,
              4910 Tiedeman Road,    Brooklyn, OH 44144-2338
17680665     E-mail/Text: bnckohlsnotices@becket-lee.com Apr 17 2012 01:16:15      Kohl's,    PO Box 3043,
              Milwaukee, WI  53201-3043
17680666    +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Apr 17 2012 01:16:46      RMCB Collection Agency,
              4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-3835
                                                                                              TOTAL: 12
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                   Date Rcvd: Apr 16, 2012
                              Form ID: pdf006             Total Noticed: 40

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2012**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3           User: lorsmith              Page 3 of 3                  Date Rcvd: Apr 16, 2012
                               Form ID: pdf006             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2012 at the address(es) listed below:
              Daniel   Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
              Marvin G. Ripley    on behalf of Debtor James Reilly mgripleylaw@att.net,  jamie.dyer@att.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4