UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| REILLY, JAMES R | § | Case No. 11-83631 |
| REILLY, DEBRA D | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                           Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Reserach POB 981540 El Paso, TX 79998 | | | | | |
| | Barclays Bank Delaware ATTENTION: CUSTOMER SUPPORT DEPARTMENT Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Citi Card ATTN: CENTRALIZED BANKRUPTCY PO Box 6500 Sioux Falls, SD  57117 | | | | | |
| | Citi Card PO Box 6500 Sioux Falls, SD  57117 | | | | | |
| | Citi Citibank Po Box 22066 Tempe, AZ  85285 | | | | | |
| | Citi Ctb CITIFINANCIAL/ATTN: BANKRUPTCY DEPT Po Box 140489 Irving, TX 75014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicorp Credit Services ATTN: Centralized Bankruptcy POB 20507 Kansas City, MO 64195 | | | | | |
| | First Usa Bank 900 N Market Street Wilmington, DE 19801 | | | | | |
| | First Usa Bank ATTN: BANKRUPTCY Po Box 15298 Wilmington, DE 19850 | | | | | |
| | GE Money Bank ATTENTION: BANKRUPTCY PO BOX 103104 ROSWELL, GA 30076 | | | | | |
| | GEMB/Sams Club DC Gemb Finance POB 103104 Roswell, GA 30076 | | | | | |
| | HCI Direct, Inc. Silkies P.O. Box 70120 Philedelphia, PA 19176-0120 | | | | | |
| | Home Depot Credit Services CBNA POB 6497 Sioux Falls, SD 57117 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RMCB Collection Agency 4 Westchester Plaza, Ste 110 Elmsford, NY  10523 | | | | | |
| | Target National Bank C/O FINANCIAL & RETAIL SERVICES MAILSTOP BV P.O.BOX 9475 MINNEAPOLIS, MN  55440 | | | | | |
| | Target National Bank Po Box 673 Minneapolis, MN  55440 | | | | | |
| | Veritas Instrument Ren 10720 Park Blvd Ste F Seminole, FL 33772 | | | | | |
| | Zwicker And Associates 7366 N Lincoln Ave  Ste 404 Lincolnwood, IL  60712 | | | | | |
| 000006 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | CANDICA, LLC | | | | | |
| 000004 | CAPITAL ONE,N.A | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000007 | GE CAPITAL RETAIL BANK | | | | | |
| 000008 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-83631 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | REILLY, JAMES R | | | Date Filed (f) or Converted (c): | 08/17/11 (f) |
| | REILLY, DEBRA D | | | 341(a) Meeting Date: | 09/26/11 |
| For Period Ending: | 06/08/12 | | | Claims Bar Date: | 03/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Principal residence: 1240 High Plaine Drive, Cryst | 270,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Chase checking: acct # 1110028140472 | 598.00 | 0.00 | DA | 0.00 | FA |
| 4. Chase checking: acct # 924649427 | 397.00 | 0.00 | DA | 0.00 | FA |
| 5. Chase savings | 185.00 | 0.00 | DA | 0.00 | FA |
| 6. Chase savings: 3 separate accounts for children | 25.00 | 0.00 | DA | 0.00 | FA |
| 7. Household goods | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 8. Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 9. Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 10. Lincoln Benefit Life policy on co-debtor's life's; | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Midas Inernational Corp pension plan | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 1989 Chevy pick-up truck; does not run; salvage va | 100.00 | 0.00 | DA | 0.00 | FA |
| 13. 2004 Jeep Wrangler; 77,000 miles; good condition | 13,680.00 | 2,000.00 | | 2,000.00 | FA |
| 14. 2006 Acura TL; 62,000 miles; good condition | 17,790.00 | 6,000.00 | | 6,000.00 | FA |
| 15. Cats (3) | 1.00 | 0.00 | DA | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.06 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $304,996.00 | $8,000.00 | | $8,000.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

LFORM1
UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 16.06b

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-83631    MLB    Judge: MANUEL BARBOSA | Trustee Name:    DANIEL M. DONAHUE |
| Case Name: | REILLY, JAMES R | Date Filed (f) or Converted (c):    08/17/11 (f) |
| | REILLY, DEBRA D | 341(a) Meeting Date:    09/26/11 |
| | | Claims Bar Date:    03/20/12 |

Initial Projected Date of Final Report (TFR): 05/01/12     Current Projected Date of Final Report (TFR): 05/01/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-83631 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | REILLY, JAMES R | Bank Name: | Bank of America, NA |
|  | REILLY, DEBRA D | Account Number / CD #: | *******3998  MONEY MARKET |
| Taxpayer ID No: | *******8043 |  |  |
| For Period Ending: | 06/08/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/19/11 | 13, 14 | JAMES AND DEBRA REILLY 1240 HIGH PLAINE DR. CRYSTAL LAKE, IL  60014 | INTEREST IN MOTOR VEHICLES | 1129-000 | 8,000.00 |  | 8,000.00 |
| 12/30/11 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 |  | 8,000.02 |
| 01/19/12 | 16 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 |  | 8,000.06 |
| 01/19/12 |  | Transfer to Acct #*******3895 | Bank Funds Transfer | 9999-000 |  | 8,000.06 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,000.06 | 8,000.06 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,000.06 |  |
| Subtotal | 8,000.06 | 0.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 8,000.06 | 0.00 |  |

Page Subtotals      8,000.06      8,000.06

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-83631 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | REILLY, JAMES R | Bank Name: | CONGRESSIONAL BANK |
| | REILLY, DEBRA D | Account Number / CD #: | *******3895 GENERAL CHECKING |
| Taxpayer ID No: | *******8043 | | |
| For Period Ending: | 06/08/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #*******3998 | Bank Funds Transfer | 9999-000 | 8,000.06 | | 8,000.06 |
| 05/15/12 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Expense | 2100-000 | | 1,550.01 | 6,450.05 |
| 05/15/12 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,605.00 | 4,845.05 |
| 05/15/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 65.64 | 4,779.41 |
| 05/15/12 | 000103 | Commonwealth Edison Company 3 Lincoln Center Oakbrook Terrace, Il 60181 Attn: Bankruptcy Dept. | Claim 000001, Payment 5.4% | 7100-000 | | 66.38 | 4,713.03 |
| 05/15/12 | 000104 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 5.4% | 7100-000 | | 545.76 | 4,167.27 |
| 05/15/12 | 000105 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 5.4% | 7100-000 | | 1,380.16 | 2,787.11 |
| 05/15/12 | 000106 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000004, Payment 5.4% | 7100-000 | | 13.66 | 2,773.45 |
| 05/15/12 | 000107 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000005, Payment 5.4% | 7100-000 | | 571.86 | 2,201.59 |
| 05/15/12 | 000108 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 5.4% | 7100-000 | | 1,771.94 | 429.65 |
| 05/15/12 | 000109 | GE Capital Retail Bank | Claim 000007, Payment 5.4% | 7100-000 | | 219.90 | 209.75 |

Page Subtotals    8,000.06    7,790.31

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-83631 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | REILLY, JAMES R | Bank Name: | CONGRESSIONAL BANK |
|  | REILLY, DEBRA D | Account Number / CD #: | *******3895  GENERAL CHECKING |
| Taxpayer ID No: | *******8043 |  |  |
| For Period Ending: | 06/08/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/15/12 | 000110 | c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 5.4% | 7100-000 |  | 209.75 | 0.00 |

```
                                    COLUMN TOTALS               8,000.06    8,000.06    0.00
                              Less:  Bank Transfers/CD's        8,000.06        0.00
                         Subtotal                                   0.00    8,000.06
                              Less:  Payments to Debtors                        0.00
                         Net                                        0.00    8,000.06

                                                                              NET       ACCOUNT
                          TOTAL - ALL ACCOUNTS            NET DEPOSITS   DISBURSEMENTS   BALANCE
                          MONEY MARKET - ********3998        8,000.06        0.00        0.00
                          GENERAL CHECKING - ********3895        0.00    8,000.06        0.00
                                                         -----------    -----------    -----------
                                                             8,000.06    8,000.06        0.00
                                                         ===========    ===========    ===========
                                                         (Excludes Account  (Excludes Payments  Total Funds
                                                            Transfers)       To Debtors)       On Hand
```

Page Subtotals      0.00     209.75

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*